**Steven Donnelle CODY,**
**Plaintiff–Appellant**

v.

**Ms. Jacueline NEWBURN, Jail Administrator, Clark County Detention Center; Tim Patterson, Chief Deputy, Clark County Detention Center; Rick Loy, Interim Jail Administrator, Clark County Detention Center; David Turner, Sheriff, Clark County; Raymond Moore, Jailer, Defendants–Appellees.**

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District

**Steven D. Cody, Plaintiff–Appellant**

v.

**Jacueline Newborn, Jail Administrator, Clark County Detention Center; Tim Patterson, Chief Deputy, Clark County Detention Center; Rick Loy, Jail Administrator, Clark County Detention Center; David Turner, Sheriff, Clark County; Officer Moore, Defendants–Appellees.**

**Steven Cody, Plaintiff–Appellant**

v.

**Rick Loy, Jail Administrator; Ray Winsfield, Chief Deputy, Defendants–Appellees.**

No. 12–2764.

United States Court of Appeals, Eighth Circuit.

Submitted: April 11, 2013.

Filed: April 16, 2013.

Steven D. Cody, Newport, AR, pro se.

Clyde Burt Newell, Nicholas Rudolph Windle, Bachelor & Newell, Ralph Charles Ohm, Hot Springs, AR, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Inmate Steven Donnelle Cody appeals from the order of the District Court,[1] en-

of Arkansas, adopting the report and recommendation of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

tered after an evidentiary hearing, dismissing his consolidated 42 U.S.C. § 1983 actions. Upon careful consideration of Cody's arguments for reversal, we conclude that the District Court properly entered judgment for the defendants based on the hearing evidence. *See Holden v. Hirner,* 663 F.3d 336, 340–42 (8th Cir. 2011) (discussing a pretrial detainee's failure-to-protect claim); *Story v. Norwood,* 659 F.3d 680, 684–85 (8th Cir.2011) (reviewing for clear error a district court's findings of fact made following an evidentiary hearing, which is the equivalent of a bench trial, and noting that credibility findings are virtually unreviewable on appeal); *Crow v. Montgomery,* 403 F.3d 598, 601–02 (8th Cir.2005) (explaining that a pretrial detainee's conditions-of-confinement claims are analyzed under the same deliberate-indifference standard as those brought by convicted prisoners: the detainee must show that conditions posed a substantial risk of serious harm to his health or safety and that defendants knew of but were deliberately indifferent to this risk).

The judgment of the District Court is affirmed, and Cody's pending motion is denied.